UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NORMA M. FELDMAN-SNYDER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SAND CANYON CORPORATION, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:13-cv-01900-LDG-GWF <br><br> **ORDER** |

This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. On November 13, 2013, the Court ordered that Plaintiff file a Certificate as to Interested Parties as required by LR 7.1-1 on or before November 22, 2013 (Order #3). To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** that Plaintiff file a Certificate as to Interested Parties as required by LR 7.1-1 no later than **December 12, 2013**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 2nd day of December, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge